

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:     James Fontenot and Jan Fontenot v. Jeffery Gibson

Appellate case number:   01-12-00747-CV

Date motion filed:       October 23, 2012

Type of Motion:          Objection to Mediation

Party filing motion:     Appellee

Trial court case number: 998611

Trial court:             Co Civil Ct at Law No 3 of Harris County

It is **ORDERED** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated October 19, 2012.

Judge's signature: _____/s/ Jane Bland_____

           ☒ Acting individually

Date: ___October 25, 2012_____

**Note:** Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).
Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).